| AO 10<br>Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2019** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Wright, Wilhelmina M. | 2. Court or Organization<br><br>U.S. District Court, Minnesota | 3. Date of Report<br><br>02/25/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>  magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |
| 7. Chambers or Office Address<br><br>316 North Robert Street<br>Suite 774<br>Saint Paul, MN 55101 | | |
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Minnesota Landmarks |
| 2. Trustee | ▨ Trust #1 (no reportable assets) |
| 3. Board Member | University of Saint Thomas |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wright, Wilhelmina M. | 02/25/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | ▉▉▉▉▉ - salary and bonus |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Harvard Law School | 3/12/2019-3/13/2019 | Cambridge, MA | Judging Moot Court | Hotel, Airfare, Meals and Ground Transportation |
| 2. | Yale University Council | 4/25/2019-4/26/2019 | New Haven, CT | Council Meeting | Hotel and Ground Transportation |
| 3. | Harvard Law School | 11/4/2019-11/6/2019 | Cambridge, MA | Speaking to Law Students | Airfare, Hotel, Meals and Ground Transportation |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wright, Wilhelmina M. | 02/25/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wright, Wilhelmina M.** | 02/25/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. ▓▓ Common Stock | G | Dividend | P3 | T | Buy (add'l) | 03/01/19 | O | | |
| 2. ▓▓ Stock Options - Vested | | None | P2 | T | | | | | |
| 3. ▓▓ Stock Fund Units - ▓▓ 401(k) | | None | P1 | T | | | | | |
| 4. Dodge & Cox International - ▓▓ 401 (k) | | None | L | T | | | | | |
| 5. Fidelity US Bond Index - ▓▓ 401(k) | | None | M | T | | | | | |
| 6. Fidelity 500 Index - ▓▓ 401(k) | | None | O | T | | | | | |
| 7. Vanguard Extended Market Index - ▓▓ 401(k) | | None | N | T | | | | | |
| 8. ▓▓ Deferred Comp Plan | E | Dividend | P1 | T | | | | | |
| 9. Vanguard Extended Market Index - Admiral | A | Dividend | L | T | | | | | |
| 10. Vanguard Intermediate Bond Fund - Admiral | B | Dividend | K | T | | | | | |
| 11. Vanguard Long Term Bond Fund - Admiral | B | Dividend | L | T | | | | | |
| 12. Vanguard Prime Money Market Fund - Admiral | B | Dividend | L | T | | | | | |
| 13. Vanguard REIT Index Fund | C | Dividend | M | T | | | | | |
| 14. Vanguard 500 Index Fund - Admiral | C | Dividend | M | T | | | | | |
| 15. Vanguard Total Stock Market Fund - Admiral | B | Dividend | L | T | | | | | |
| 16. Fidelity 500 Index - Rollover IRA | C | Dividend | M | T | | | | | |
| 17. Fidelity Contrafund - Rollover IRA | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wright, Wilhelmina M.** | 02/25/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Fidelity Short Term Bond Fund - Rollover IRA | A | Dividend | J | T | | | | | |
| 19. | Fidelity Magellan - Rollover IRA | A | Dividend | K | T | | | | | |
| 20. | Fidelity OTC Portfolio - Rollover IRA | A | Dividend | K | T | | | | | |
| 21. | Minnesota Health Savings | | None | M | V | | | | | |
| 22. | Black Rock International Index - ▓▓▓▓ HSA | A | Dividend | L | T | | | | | |
| 23. | E*Trade Cash Account/Money Balance | A | Int./Div. | J | T | | | | | |
| 24. | UBS Cash Accounts | A | Int./Div. | N | T | | | | | |
| 25. | Wells Fargo Cash Accounts | A | Int./Div. | N | T | | | | | |
| 26. | MetLife - Universal Life Insurance, Cash Value as reported by MetLife | | None | N | V | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wright, Wilhelmina M.** | 02/25/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Explanation for Part 1
Trustee Position is for a ▮▮▮▮ estate planning trust with no assets
Explanation for Part VII
Investment Income not reported by fund for ▮▮▮▮ 401(k) funds (Part VII, lines 3-7) or Minnesota Health Care Savings Fund (Part VII, line 21)
Minnesota Health Savings Plan value as reported by State of Minnesota - indicated as "V" (Part VII, line 21)
Cash Value of MetLife Universal Life Insurance as reported by MetLife - indicated as "V" (Part VII, line 26), there are no underlying investment options to report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Wilhelmina M. Wright**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544